The People of the State of Illinois, Plaintiff-Appellee, v. Arnold Dixon, Defendant-Appellant.

(No. 56505;

First District—May 30, 1972.

Opinion by Mr. JUSTICE LYONS.

Nathaniel R. Howse, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and James R. Truschke, Assistant State's Attorneys, of counsel,) for the People.

Josephine Fennema, Plaintiff-Appellant, v. Thomas J. Joyce, Admr. of the Estate of Raymond Fouts, Deceased, Defendant-Appellee.

(No. 55615;

First District—May 30, 1972.